# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10-CV-95-FDW-DCK

| | | |
|---|---|---|
| JAMES FOSTER, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CEVA FREIGHT, LLC; | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the "Application For Admission To Practice Pro Hac Vice" (Document No. 3) filed March 11, 2010 for admission of Jordan M. Lewis as counsel *pro hac vice* on behalf of Plaintiff James Foster et al.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Lewis shall be admitted to appear before this court *pro hac vice* on behalf of Plaintiff James Foster, et al. It appears that Mr. Lewis has associated R. James Lore, Attorney at Law, as local counsel.

Signed: March 11, 2010

David C. Keesler
United States Magistrate Judge