IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:10-CV-00095-FDW-DCK

| JAMES FOSTER, et al., | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CEVA Freight, LLC, | |
| Defendant. | |

This matter is before the Court on the "Application for Admission to Practice *Pro Hac Vice*" filed on March 18, 2010, for admission of Kelli M. Block as counsel *pro hac vice* on behalf of Defendant CEVA Freight, LLC.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Block shall be admitted to appear before this court *pro hac vice* on behalf of Defendant CEVA Freight, LLC. It appears that Ms. Block has associated Martha W. Surles and J. Douglas Grimes of Hedrick Gardner Kincheloe & Garofalo, LLP as local counsel.

Signed: March 18, 2010

David C. Keesler
United States Magistrate Judge