**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.: 3:10-CV-00095-FDW-DCK**

| | |
|---|---|
| **JAMES FOSTER, et al.,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **CEVA FREIGHT, LLC,** | |
| **Defendant.** | |

This matter is before the Court on the "Application for Admission to Practice *Pro Hac Vice*" filed on March 18, 2010, for admission of Adam Carl Smedstad as counsel *pro hac vice* on behalf of Defendant CEVA Freight, LLC.

Upon review and consideration of the Motion, the Court will <u>grant</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Smedstad shall be admitted to appear before this court *pro hac vice* on behalf of Defendant CEVA Freight, LLC. It appears that Mr. Smedstad has associated Martha W. Surles and J. Douglas Grimes of Hedrick Gardner Kincheloe & Garofalo, LLP as local counsel.

Signed: March 18, 2010

David C. Keesler
United States Magistrate Judge