IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00095-W

| | |
|---|---|
| JAMES FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF HEARING |
| ) | |
| CEVA FREIGHT, LLC, LP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TAKE NOTICE that a hearing on Defendant's Motion Dismiss (Doc. No. 19) will take place before the undersigned United States District Judge, to be held at **10:00 a.m.** on **Thursday, June 10, 2010**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen (15) minutes per party. The Court will also conduct a pretrial conference regarding the case management order following oral arguments, and the parties should be prepared accordingly.

Signed: May 19, 2010

*[signature]*
Frank D. Whitney
United States District Judge