## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:10-cv-00095-W

| | |
|---|---|
| **JAMES FOSTER,** | ) |
| **Plaintiff,** | ) |
| vs. | ) **ORDER** |
| **CEVA FREIGHT, LLC, LP,** | ) |
| **Defendant.** | ) |

THIS MATTER is before the Court upon the parties' filing of a "Joint Stipulation to Amend June 11 Pretrial Order and Case Management Plan" (Doc. No. 31), which the Court will construe as a consent motion to modify the existing Case Management Plan (Doc. No. 26). For the reasons set forth in the pleading and pursuant to the consent of the parties, the Case Management Plan is hereby amended as follows:

1) Plaintiff's motion for class certification and accompanying memoranda must be filed no later than Oct. 1, 2010.

2) Defendant's opposition to plaintiff's motion for class certification must be filed no later than Oct. 29, 2010.

3) Plaintiff's reply in support of his motion for class certification, if any, must be filed no later than Nov. 9, 2010.

4) In all other respects, the Court's original Scheduling Order remains unchanged.

IT IS SO ORDERED.

Signed: September 8, 2010

Frank D. Whitney
United States District Judge