UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00095-FDW-DCK

| | | |
|---|---|---|
| JAMES FOSTER and STONE LOGISTICS, INC., on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | NOTICE OF HEARING |
| vs. | )<br>)<br>) | |
| CEVA FREIGHT, LLC, | )<br>) | |
| Defendant. | ) | |

     TAKE NOTICE that the hearing on Plaintiffs' "Motion to Certify Class" (Doc. No. 33) has been **rescheduled** and will now take place before the undersigned United States District Judge at **11:00 a.m.** on **Thursday, December 9, 2010**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen (15) minutes per party.

     Signed: November 16, 2010

Frank D. Whitney
United States District Judge