IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00095-W

| | |
|---|---|
| **JAMES FOSTER,** | ) |
| **Plaintiff,** | ) |
| vs. | ) **ORDER** |
| **CEVA FREIGHT, LLC, LP,** | ) |
| **Defendant.** | ) |

THIS MATTER is before the Court on the parties' "Stipulation and Proposed Order," (Doc. No. 58), which the Court will construe as Plaintiffs' motion to withdraw the pending "Emergency Motion to Suspend Summary Judgment Briefing Schedule . . ." (Doc. No. 55) and a consent motion to extend the time for Plaintiffs to respond to the pending motion for summary judgment. For the reasons stated in the "Stipulation" and because the extension of time does not affect any other deadlines currently set by the Court, the Court GRANTS the requested relief.

IT IS, THEREFORE, ORDERED that Plaintiffs' emergency motion (Doc. No. 55) is WITHDRAWN and TERMINATED and Plaintiffs' response deadline to Defendant's motion for summary judgment is extended by two weeks, to April 29, 2011.

IT IS SO ORDERED.

Signed: April 4, 2011

Frank D. Whitney
United States District Judge