IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:10-CV-00095-FDW-DCK

| | |
|---|---|
| JAMES FOSTER, et al., <br><br> Plaintiff, <br><br> v. <br><br> CEVA FREIGHT, LLC, <br><br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 92) concerning Wood R. Foster, Jr., filed December 21, 2011. Mr. Foster seeks to appear as counsel *pro hac vice* for Plaintiff James Foster on behalf of himself and others similarly situated.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Foster is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff James Foster on behalf of himself and others similarly situated.

Signed: December 21, 2011

David C. Keesler
United States Magistrate Judge