UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00095-W

| JAMES FOSTER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | AMENDED[1] |
| | ) | NOTICE OF HEARING |
| CEVA FREIGHT, LLC, | ) | |
| Defendant. | ) | |

TAKE NOTICE that a hearing on Defendant's Motion for Summary Judgment (Doc. No. 50) will take place before the undersigned United States District Judge, to be held at **10:00 a.m.** on **Tuesday, January 31, 2012**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to twenty (20) minutes per party.

Signed: January 9, 2012

Frank D. Whitney
United States District Judge

---

[1] This Notice replaces the prior Notice of Hearing entered on the pending motion. Neither the date nor the time have changed, but instead the Court has removed the reference to a pretrial conference that was inadvertently included in the prior Notice.