IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:10-CV-00095-FDW-DCK

| JAMES FOSTER, et al., | |
|---|---|
| **Plaintiff,** | |
| v. | **ORDER** |
| CEVA Freight, LLC, | |
| **Defendant.** | |

This matter is before the Court on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 100) filed on March 20, 2012, for admission of Robert W. Kelley, as counsel *pro hac vice* for Plaintiffs James Foster and Stone Logistics, Inc., on behalf of themselves and all others similarly situated.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Kelley shall be admitted to appear before this court *pro hac vice* for Plaintiffs James Foster and Stone Logistics, Inc., on behalf of themselves and all others similarly situated.

Signed: March 20, 2012

David C. Keesler
United States Magistrate Judge