IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-095-FDW-DCK

JAMES FOSTER, et al.,

          Plaintiff,

v.

CEVA FREIGHT, LLC,

          Defendant.

<u>ORDER</u>

This matter is before the Court on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 121) filed on July 25, 2012, for admission of William Christopher Penwell, as counsel *pro hac vice* for Plaintiff James Foster and others similarly situated.

Upon review and consideration of the motion, the Court will <u>grant</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Penwell shall be admitted to appear before this court *pro hac vice* on behalf of Plaintiff James Foster and others similarly situated.

Signed: July 26, 2012

David C. Keesler
United States Magistrate Judge