IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-CV-0095

| | |
|---|---|
| JAMES FOSTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CEVA FREIGHT, LLC, LP<br><br>　　　　Defendant. | NOTICE OF HEARING |

**THIS MATTER** is before the Court upon its own motion. The settlement hearing currently set in the above-captioned matter is hereby *sua sponte* continued to Monday, August 20, 2012, at 9:00 a.m. in Courtroom One (1) of the Charles R. Jonas Federal Courthouse, 401 West Trade Street, Charlotte, North Carolina 28202, before the undersigned.

IT IS SO ORDERED.

Signed: August 17, 2012

Frank D. Whitney
United States District Judge